DELIA FOGARTY, Respondent, v. ABRAHAM SHEBAR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

ANNIE M. GERAGHTY, Appellant, v. RYE BEACH CLUB and RYE CONSTRUCTION COMPANY, INC., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

HERBERT M. HANCOCK, Respondent, v. NEW YORK TRIBUNE, INC., Appellant.— Interlocutory judgment unanimously affirmed, with costs, with leave to appellant to withdraw demurrer and serve answer within twenty days on payment of costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

HERBERT M. HANCOCK, Respondent, v. THE PRESS PUBLISHING COMPANY, Appellant.— Interlocutory judgment unanimously affirmed, with costs, with leave to appellant to withdraw demurrer and serve answer within twenty days on payment of costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of Summary Proceedings. FLORINE W. LYON, Respondent, v. LOUIS FELDMAN and Others, Defendants. MORRIS FRANKEL, Appellant.— Final order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application for the Voluntary Dissolution of the SONS OF ABRAHAM ASSOCIATION, INC. ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Appellant; ABRAHAM SELIS and Others, Respondents.— Order affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

CHARLES KENNEY, Respondent, v. ABRAHAM SHEBAR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

AMY F. LATOURETTE, Respondent, v. WILLIAM DUFFY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

WILFRED LINTHWAITE, Respondent, v. ABRAHAM SHEBAR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

GEORGE MAEURER, Respondent, v. MORSE DRY DOCK & REPAIR COMPANY, Appellant.— We see no occasion to interfere with the discretion of the court at Special Term [See 115 Misc. Rep. 70] in directing service of a bill of particulars of the affirmative defenses raised in the answer. (Havholm v. Whale Creek Iron Works, 159 App. Div. 578.) Plaintiff is not enforcing an exclusively maritime liability, but that of a servant against a land contractor as his direct employer (Maluskas v. Overseas Shipping Co., Inc., 197 App. Div. 224), where the State courts administer the law of New York applicable to workers on shore. The order is, therefore, affirmed, with ten dollars costs and disbursements. Blackmar, P. J., Mills, Rich, Putnam and Manning, JJ., concur.